IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| John Eugene Cotter, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 0:14-cv-2846-BHH |
| | ) | |
| Carolyn W. Colvin, Commissioner | ) | **ORDER** |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court upon Plaintiff's counsel's motion for $12,258.50 in attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b).

On October 28, 2016, Defendant filed a response in support of counsel's motion, requesting that the Court authorize a payment to Plaintiff's counsel, W. Daniel Mayes, Esquire, in the amount of $12,258.50.[1]

Based on the foregoing, it is hereby **ORDERED** that the Plaintiff's counsel's motion for $12,258.50 in attorney's fees pursuant to § 406(b) (ECF No. 51) is **GRANTED**.  Also, counsel shall remit to Plaintiff the $2,728.56 in fees previously awarded to Plaintiff pursuant to the Equal Access to Justice Act ("EAJA").  *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) (noting that fees may be awarded under both § 406(b) and EAJA but that the claimant's attorney must refund to the claimant the amount of the smaller fee) (internal quotations and citation omitted).

_____

[1] Plaintiff was awarded $49,034.00 in back-due benefits, of which 25 percent, or $12,258.50, was withheld for attorney's fees.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

November 4, 2016
Charleston, South Carolina